**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2162**
_____

DON BOYD,

                    Plaintiff – Appellant,

          v.

ANGELICA TEXTILE SERVICES, Inc.,

                    Defendant – Appellee,

          and

JERRY OLIVER; SOUTH CAROLINA, State of,

                    Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:10-cv-00872-JFA)

_____

Submitted:  February 16, 2012      Decided:  February 21, 2012

_____

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Don Boyd, Appellant Pro Se. Reyburn Williams Lominack, III, C.
Frederick W. Manning, II, FISHER & PHILLIPS, LLP, Columbia,
South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Boyd appeals the district court's orders adopting the magistrate judge's reports, dismissing his claims against the State of South Carolina and Jerry Oliver for lack of jurisdiction, and granting summary judgment on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boyd v. Angelica Textile Servs., No. 3:10-cv-00872-JFA (D.S.C. Mar. 11 & Sept. 19, 2011). We deny Boyd's petition for writ of mandamus, as we conclude that Boyd does not have a clear right to the relief sought. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1967) (mandamus is a drastic remedy to be used in extraordinary situations); In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988) (mandamus may be sought where petitioner shows clear right to requested relief, respondent has a clear duty to comply, and there is no other remedy). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED